IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 04-0011 VRW |
| Plaintiff, | ) | |
| | ) | [PROPOSED] STIPULATED ORDER REFERRING MATTER TO MAGISTRATE COURT FOR SENTENCING |
| v. | ) | |
| KEVIN SMITH, | ) | |
| Defendant. | ) | |
| | ) | **Current Sentencing Date:** Tuesday, January 16, 2007 at 10:30 am |
| | | **Proposed Sentencing Hearing Date:** Tuesday, February 14, 2007 |

Defendant Kevin Smith has entered a plea to a misdemeanor. His sentencing is currently scheduled before this Court on January 16, 2007. Mr. Smith's co-defendant, Mr. Glaze, has also entered a misdemeanor plea and has consented to the jurisdiction of Magistrate Edward Chen. Sentencing for Mr. Glaze is currently scheduled for February 14, 2007.

Mr. Smith has asked that the cases be consolidated and that both sentencing take place before the same judge. He has proffered that he is prepared to consent to the jurisdiction of Magistrate Chen. The government agrees that, in the interest of judicial efficiency, sentencing before the same judge is appropriate.

In this stipulated order, counsel for Mr. Smith represents that he has spoken with the clerk for

*Smith*, CR 04-0011 VRW
ORD. REFERRING CASE TO
HON. EDWARD CHEN

1 | Judge Chen, and that the court is available on February 14th. Defense counsel has also spoken to
2 | Probation Officer Lynn Richards, who is available on the 14th.
3 |     Therefore, at the request of the defense and with the concurrence of the government, Mr.
4 | Smith's matter is referred to the Honorable Edward Chen for entry of consent to jurisdiction and for
5 | sentencing on February 14, 2007.

7 |     IT IS SO ORDERED.

9 |   11/29/06
    _____
10 | DATED                                 VAUGHN R. WALKER
                                      United States Chief District Court Judge

12 | IT IS SO STIPULATED.

13 | ___11/27/06_____        _____/s_____
14 | DATED                                 KEVIN V. RYAN
                                      United States Attorney
                                      Northern District of California
                                      KYLE WALDINGER
                                      Assistant United States Attorney

18 | ___11/27/06_____       _____/s_____
19 | DATED                                 BARRY J. PORTMAN
                                      Federal Public Defender
                                      Northern District of California
                                      STEVEN G. KALAR
                                      Assistant Federal Public Defender

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED; signature: Judge Vaughn R Walker)